**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR FIRST GROWTH CAPITAL, INC.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514 FAX NUMBER: (202) 205-6957

March 19, 2008

Mr. David A. DiMarzio, Clerk of the Court
U.S. District Court, District of Rhode Island
Two Exchange Terrace, Rm 356
Providence, RI 02903

VIA UPS 2ND DAY DELIVERY

MISC 08 29

Re: United States of America v. First Growth Capital, Inc.
Civil Action No. 5:07-cv-442 (CAR)

Dear Mr. DiMarzio:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the District of Middle Georgia, Macon Division, has taken exclusive jurisdiction of First Growth Capital, Inc. ("First Growth") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of First Growth may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for First Growth, stayed all legal proceedings involving First Growth, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to First Growth are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: Michele Long Pittman
Michelé L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation